UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
NEW YORK

| | | |
|---|---|---|
| MT. HAWLEY INSURANCE COMPANY | * | CIVIL ACTION NO: 1:22-cv-04465 |
| Plaintiff | * | JUDGE: John G. Koeltl |
| VERSUS | * | |
| | * | MAGISTRATE: Sarah L. Cave |
| STARLIGHT STUDIOS, LLC | * | |
| Defendant. | * | |

### **O R D E R**

Considering the above and forgoing Motion for Extension of Time;

**IT IS ORDERED ADJUDGED AND DECREED**, Defendant Starlight Studios, LLC be and is hereby granted twenty-one (21) days up to and including July 12, 2022 to answer or otherwise respond to Plaintiff, Mt. Hawley Insurance Company's, Complaint for Declaratory Judgment.

Dated: June 22, 2022

/s/ John G. Koeltl
HONORABLE JOHN G. KOELTL