UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

- against -

STARLIGHT STUDIOS, LLC,

                Defendant.

---

22-cv-4465 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference scheduled for August 9, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
           August 3, 2022

                                        John G. Koeltl
                                United States District Judge