UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,   22-cv-4465 (JGK)

        Plaintiff,   ORDER

- against -

STARLIGHT STUDIOS, LLC,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with courtesy copies of the papers on the motion to transfer venue.

SO ORDERED.

Dated:    New York, NY
           Sept. 5, 2022

                                      John G. Koeltl, U.S.D.J.