UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY, | 22-cv-4465 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| STARLIGHT STUDIOS, LLC, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

   The defendant is directed to provide the Court with courtesy copies of all papers filed in connection with the motion to transfer venue.

SO ORDERED.

Dated:   New York, New York
         September 21, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge