UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

        Plaintiff,

    - against -

STARLIGHT STUDIOS, LLC,

        Defendant.

22-cv-4465 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for oral argument on **October 20, 2022 at 3:30 p.m.** regarding the pending motions to dismiss or to transfer venue. See ECF No. 12; ECF No. 19.

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           October 3, 2022

                                          John G. Koeltl
                                   United States District Judge