UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,
                Plaintiff,        22-cv-4465 (JGK)

    - against -                ORDER

STARLIGHT STUDIOS, LLC,
                Defendant.

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's telephone conference, the defendant's motions to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(3) and to transfer this action pursuant to 28 U.S.C. § 1406(a) are **denied**. The defendant's motion to transfer this action pursuant to 28 U.S.C. § 1404(a) is **granted**.

    The Clerk is directed to transfer this action to the Eastern District of Louisiana and to close the action on the docket of this Court and to close all motions on the docket of the Court.

SO ORDERED.

Dated:    New York, New York
           October 20, 2022

                                          John G. Koeltl
                                United States District Judge